| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
| Law Offices of Jan Meyer & Associates, P.C.<br>1029 Teaneck Road, 2nd Floor<br>Teaneck, NJ 07666<br>Telephone:  (201) 862-9500<br>Facsimile:   (201) 862-9400<br><br>Attorneys for Creditor,<br>Progressive Casualty Insurance Co. | Chapter 7<br><br>Case No. 12-44935-CEC |
| In re:<br><br>ROBIN MOSKOWITZ,<br><br>              Debtor. | |

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR
         THE EASTERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE** that Solomon Rubin, of the Law Offices of Jan Meyer & Associates, P.C. does hereby enter an appearance on behalf of Progressive Casualty Insurance Co.in the above captioned bankruptcy matter.

Please see that all notices are forwarded to Solomon Rubin, c/o Law Offices of Jan Meyer & Associates, P.C., 1029 Teaneck Road, 2nd Floor, Teaneck, NJ 07666.

Law Offices of Jan Meyer & Associates, P.C.

/s/ *Solomon Rubin*

Solomon Rubin
1029 Teaneck Road, 2nd Floor
Teaneck, NJ 07666
Telephone:  (201) 862-9500
Facsimile:   (201) 862-9400

Dated:  July 23, 2012